United States District Court
Southern District of Texas
**ENTERED**
January 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Elin Vega Canales <br> (A # 241-373-475), <br>     *Petitioner*, <br><br> v. <br><br> Grant Dickey, Co-Associate <br> Warden of the Joe Corley <br> Detention Center, et al., <br>     *Respondents*. | § § § § § § § § § § | Civil Action H-26-0450 |

## ORDER TO ANSWER

Petitioner Elin Vega Canales is presently in custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials at the Joe Corley Processing Center in Conroe, Montgomery County, Texas. Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to challenge his detention. ECF No. 1. Preliminary examination reflects that an expedited answer is needed.

Accordingly, pursuant to 28 U.S.C. § 2241, et seq., the Court **ORDERS** as follows:

1. Petitioner shall serve copies of the petition (ECF No. 1) and this order on the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, by certified mail to the Civil Process Clerk, United States Attorney's Office, 1000 Louisiana St., Suite 2300, Houston, TX 77002, and by electronic mail to USATXS.CivilNotice@usdoj.gov.

2. Petitioner shall also serve copies of the petition (ECF No. 1) and this order by certified mail upon: (1) the United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave. NW, Washington, D.C. 20530-0001; and (2) Warden of the Houston Contract

Detention Facility, 15850 Export Plaza Drive, Houston, Texas 77032.

3. The proper respondent must file an answer to the petition within **twenty days** of the date of service and will forward a copy of same to Petitioner.

4. In addition to any defense (in law or fact) to a claim for relief by Petitioner, the respondent's answer shall contain: (a) a statement of the authority by which the petitioner is held and, if held under the judgment of a court or administrative tribunal, the name of such court or tribunal and the number and style of the case(s) in which those judgments were entered; and (b) a statement as to whether Petitioner has exhausted all available administrative remedies.

5. Whether the respondent elects to submit an answer or a dispositive motion, the petitioner must file any response within **twenty days** of the date reflected on the certificate of service. Under the Court's local rules, Petitioner's failure to respond will be considered a representation that Petitioner does not oppose the motion. *See* S.D. Tex. L.R. 7.4. If Petitioner fails to comply on time, the Court may dismiss this case for want of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

6. The respondent must notify the Court of any anticipated or planned transfer of Petitioner outside of the Southern District of Texas **at least five days before** any such transfer.

Signed at Houston, Texas, on January 22, 2026.

_____
Peter Bray
United States Magistrate Judge