United States District Court
Southern District of Texas
**ENTERED**
May 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ELIN VEGA CANALES,                    §
                                      §
          Petitioner,                 §
                                      §
VS.                                   §   CIVIL ACTION NO. 4:26-CV-00450
                                      §
GRANT DICKEY, *et al.*,               §
                                      §
          Respondents.                §

## ORDER

On January 21, 2026, this action was referred to United States Magistrate Judge Peter Bray for all pretrial proceedings, including the issuance of a Memorandum and Recommendation. Doc. #4. At this time, the Court WITHDRAWS its referral of this case to Magistrate Judge Bray. Doc. #4. This case is before the undersigned.

It is so ORDERED.

MAY 1 5 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge