United States District Court
Southern District of Texas
**ENTERED**
May 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIN VEGA CANALES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-00450 |
| | § | |
| GRANT DICKEY, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

On January 20, 2026, Petitioner Elin Vega Canales ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his immigration detention. Doc. #1. On April 23, 2026, Respondents filed an Advisory to the Court that Immigration and Customs Enforcement intended to "effectuate [Petitioner's] removal in the near future" after a five-day notice period. Doc. #11. Petitioner has not filed a response to Respondents' Advisory.

The parties are ORDERED to file a status report no later than May 26, 2026, advising whether Petitioner remains in immigration custody or has been removed from the United States.

It is so ORDERED.

**MAY 2 1 2026**
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge